Fred MOXLEY, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

Oct. 21, 1955.

---

J. Milton Luker, London, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., for appellee.

376

PER CURIAM.

Appellant, Fred Moxley, was fined $60 for having in his possession approximately one-half gallon of moonshine liquor in violation of KRS 243.840.

We have examined the record and conclude that the judgment should be and it is affirmed.